No. 392.   McDonald *v.* United States.   C. A. 10th Cir.   Certiorari denied.   *Bryant H. Croft* and *Earl P. Staten* for petitioner.   *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *Joseph M. Howard* for the United States.

No. 393.   Gomez *v.* United States.   C. A. 5th Cir. Certiorari denied.   *Louis A. Sabatino* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 394.   David *v.* United States.   C. A. 7th Cir. Certiorari denied.   *Myer H. Gladstone* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 398.   Clay et al. *v.* United States.   C. A. 5th Cir.   Certiorari denied.   *Denmark Groover, Jr.* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 401.   Gil *v.* Del Guercio, District Director, Immigration and Naturalization Service.   C. A. 9th Cir.   Certiorari denied.   *Harry Wolpin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 404.   Brownstein *v.* Aluminum Reserve Corp. et al.   C. A. 2d Cir.   Certiorari denied.   *Nathan B. Fogelson* for petitioner.   *Samuel J. Nachwalter* for respondents.